IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOEL GALARZA, *individually and*<br>*On behalf of all others similarly situated*, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-808-RP |
| | § | |
| ONE CALL CLAIMS, LLC, | § | |
| KRISTI SMOOT, KELLY SMOOT, and | § | |
| TEXAS WINDSTORM | § | |
| INSURANCE ASSOCIATION, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Defendant Texas Windstorm Insurance Association's Motion to Dismiss without Prejudice or, in the Alternative, Motion to Transfer Venue, (Dkt. 8), and Defendants One Call Claims, LLC, Kristi Moot, and Kelly Smoot's (together with Texas Windstorm Insurance Association, "Defendants") Motion to Dismiss or Alternatively, Motion to Transfer, (Dkt. 10) (together, the "Motions"). (R. & R., Dkt. 20). In her report and recommendation, Judge Hightower recommends that the Court deny the motions to dismiss under Federal Rule of Civil Procedure 12(b)(3) and grant the motions to transfer pursuant to 28 U.S.C. § 1404(a). (*Id.* at 11). Judge Hightower further recommends that the Court transfer this action to the United States District Court for the Southern District of Alabama. Plaintiff Joel Galarza ("Plaintiff"), *individually and on behalf of all others similarly situated*, timely filed objections to the report and recommendation, (Objs., Dkt. 23).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and

recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 20), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motions, (Dkts. 8, 10), are **GRANTED IN PART** and **DENIED IN PART**. Specifically, Defendants' motions to dismiss under Federal Rule of Civil Procedure 12(b)(3) are **DENIED** and Defendants' motions to transfer venue pursuant to 28 U.S.C. § 1404(a) are **GRANTED**.

**IT IS FINALLY ORDERED** that this case shall be transferred to the United States District Court for the Southern District of Alabama.

**SIGNED** on May 20, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE