**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOEL GALARZA,** *et al.*, | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:21-00250-N** |
| | ) | |
| **ONE CALL CLAIMS, LLC,** *et al.*, | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL ACTION

This civil action was decided by U.S. Magistrate Judge Katherine P. Nelson, by consent of the parties, on a motion for summary judgment. In accordance with the Court's rulings, it is **ADJUDGED** and **DECREED** that the Plaintiffs—Joel Galarza, Vicki Wimberly, and Kathrine Carpenter—recover nothing, their claims be dismissed on the merits, and the Defendants—One Call Claims, LLC, Kristi Smoot, Kelly Smoot, and Texas Windstorm Insurance Association—recover costs from the Plaintiffs.

**DONE** this the **29th** day of **August 2023**.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE**